**PENTAIR WATER POOL AND SPA, INC., Plaintiff–Appellee,**

v.

**HAYWARD INDUSTRIES, INC., Hayward Pool Products, Inc., Defendants–Appellants.**

**No. 2015–1488.**

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Mark Boland, Sughrue Mion, PLLC, Washington, DC, argued for plaintiff-appellee. Also represented by Kenneth J. Burchfiel, Raja N. Saliba, Grant Simon Shackelford.

Lee Carl Bromberg, McCarter & English, LLP, Boston, MA, argued for defendants-appellants. Also represented by Lori Jayne Shyavitz, Amy Joy Tindell, Keith E. Toms; Scott S. Christie, Matthew Adam Sklar, Newark, NJ.

MOORE, O'MALLEY, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**